# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 2:25-cv-03369-SVW-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

Dated: December 4, 2025

                   _____
                   HON. STEPHEN V. WILSON
                   UNITED STATES DISTRICT JUDGE