JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE HERNANDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:25-cv-03369-SVW-MBK<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: December 4, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE